**AFFIDAVIT**

I, John Dumas, Special Agent, Bureau of Immigration and Customs Enforcement ("BICE"), do hereby make oath before Charles B. Swartwood, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Loreen Jerop Yego on an Indictment filed in the Southern District of Iowa charging the defendant with conspiracy, in violation of 18 U.S.C. § 371, marriage fraud, in violation of 8 U.S.C. 1325(c) and false statement in an immigration document, in violation of 18 U.S.C. 1546(a) and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

John Dumas
Special Agent
BICE

Subscribed and sworn to before me this 15th day of July, 2005.

CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS