AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| LOREEN JEROP YEGO | Case Number:  05-1694-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>Burroughs | DEFENDANT'S ATTORNEY<br>Hrones |
|---|---|---|
| TRIAL DATE (S)<br>7/20/05 | COURT REPORTER<br>2:22 P | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 7/20/05 | | | Agent John Dumas |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 7/20/05 | | X | Immigration Detainer |
| 2 | | 7/20/05 | | X | Notice of Denial |
| 3 | | 7/20/05 | | X | Notice to Appear, Bond, and Custody Precessing Sheet |
| 4 | | 7/20/05 | | X | Record of Deportable/Inadmissible Alien |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages