UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
595 Main Street
Worcester, Massachusetts 01608

**Sarah Allison Thornton**
**Clerk of Court**

Lisa B. Roland
Courtroom Clerk to
Charles B. Swartwood, III
Chief Magistrate Judge
(508) 929-9905

August 1, 2005

United States District Court
Southern District of Iowa
123 E. Walnut Street, Room 300
P. O. Box 9344
Des Moines, IA 50306-9344

Re: United States   v. Loreen Jerop Yego
Our Case No: 05-1694-CBS, Your Case No: 4:05-cr-107

Dear Clerk:

In connection with the above entitled Removal Proceedings, enclosed herewith please find the following documents:

    Copy of Indictment (S. District of Iowa)
    Complete Docket Sheet
    Financial affidavit -Orginal
    Affidavit of arresting agent or deputy US Marshal
    Waiver of Rule 40 hearing (Identity)
    Order of appointment of counsel
    Order on the Government's Motion for Detention (after hearing)
    Order of commitment to another district

[Received stamp: CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF IA  05 AUG 10 PM 5:19  RECEIVED]

Please acknowledge receipt of same on the copy of this letter and return to this office for filing. Thank you.

Sincerely,

Lisa B. Roland
Deputy Clerk
(508) 929-9905